| | |
|---|---|
| 1 | PETER KMETO |
| | Attorney at Law |
| 2 | State Bar No. 78827 |
| | 1007 Seventh Street, Suite 100 |
| 3 | Sacramento, CA 95814 |
| | (916) 444-7420; FAX: (916) 441-6714 |
| 4 | |
| | Attorney for: CARRIE YEUNG |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, ) No. CR-10-358 EJG
)
    Plaintiff, )
) STIPULATION AND ORDER
vs. ) CONTINUING
) JUDGEMENT AND
) SENTENCING
CARRIE YEUNG , )
)
    Defendant. )
_____ )

    Defendant, CARRIE YEUNG, through her attorney, PETER KMETO, and the United States of America, through its counsel of record, HEIKO P. COPPOLA, stipulate and agree to the following:

    1. The presently scheduled date of October 14, 2011 for Judgement and Sentencing Hearing shall be vacated and said Sentencing Hearing be rescheduled for October 28, 2011 at 10:00 a.m..

    2. Counsel for the defense has made this request to obtain additional time to discuss with the government its recommendation for a downward departure.

    3. Counsel for the government has no objection to this request for further time.

/// ///

/// ///

- 1 -

IT IS SO STIPULATED.

Dated:  October 13, 2011                /s/ Heiko P. Coppola
                                        Assistant U.S. Attorney
                                        for the Government


Dated:  October 13, 2011                /s/   Peter Kmeto
                                        Attorney for Defendant
                                        CARRIE YEUNG

## ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the SENTENCING HEARING in the matter be continued to October 28, 2011 at 10:00 a.m..


DATED: 10/14/11                         /s/ Edward J. Garcia
                                        EDWARD J. GARCIA
                                        Sr. United States District Judge

- 2 -